# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| WALTER WETZEL, DECEASED, C/O WALTER WETZEL III | : No. 298 WAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Commonwealth Court |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL BOARD (PARKWAY SERVICE STATION) | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF:  PARKWAY SERVICE STATION | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.